ACCEPTED
03-15-00024-CR
7223903
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/5/2015 11:05:11 AM
JEFFREY D. KYLE
CLERK

**No. 03-15-00024-CR**

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austi

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/5/2015 11:05:11 AM
JEFFREY D. KYLE
Clerk

On Appeal from the 368th Judicial District Court of
Williamson County, Texas
Cause Number 13-0686-277

**STEVEN ANTHONY ROE, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

**MOTION TO WITHDRAW AS COUNSEL**

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

After a diligent review of the record, the undersigned has determined that there are no points of error which, in good conscience, could be raised in this appeal. Therefore, the undersigned has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 744 (1967). For that reason, the undersigned requests that she be allowed to withdraw from this case so that Appellant may pursue a *pro se* appeal.

1

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Kristen Jernigan, court-appointed counsel for Appellant in the above styled and numbered cause respectfully prays that the Court grant this motion to withdraw.

Respectfully submitted,

_____/s/ Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been emailed to the Appellate Attorney for the Williamson County District Attorney's Office, John Prezas at jprezas@wilco.org on October 5, 2015.

_____/s/ Kristen Jernigan_____
Kristen Jernigan